UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN EDWARD LEWIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>JUDITH T. KIRKEBY, et al.,<br><br>                    Defendant. | CASE NO. 3:20-cv-06204-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff is DENIED leave to proceed *in forma pauperis.* Plaintiff is directed to pay the $400.00 filing fee within 14 days of this order.

(3) The Clerk is directed to send copies of this Order to the parties.

//

//

//

ORDER OF DISMISSAL - 1

Dated this 12th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2